Fill in this information to identify your case:

Debtor 1 __Alex_____ _____ __Wolfram_____
         First Name              Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name      Last Name

United States Bankruptcy Court for the: _____ District of __TEXAS__

Case number _____
(If known)

United States Courts
Southern District of Texas
FILED

JUN 19 2019

David J. Bradley, Clerk of Court

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☒ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|      |                                                        | Total claim | Priority amount | Nonpriority amount |
|------|--------------------------------------------------------|-------------|-----------------|--------------------|

**2.1**
Arizona Dept Of Revenue
Priority Creditor's Name

1600 West Monroe Street
Number     Street

_____

Phoenix AZ 85007
City           State    ZIP Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  6836 __ __ __       $6500       $6500       $0

When was the debt incurred?   2014

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify __Taxes_____

**2.2**
_____
Priority Creditor's Name

_____
Number     Street

_____

_____
City           State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __       $_____   $_____   $_____

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 1 of ___

Debtor 1 __Alex_____ __Wolfram_____ Case number *(if known)*_____
First Name   Middle Name   Last Name

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | Total claim | Priority amount | Nonpriority amount |

☐
_____   Last 4 digits of account number __ __ __ __    $_____  $_____  $_____
Priority Creditor's Name
                                     When was the debt incurred?   _____
_____
Number      Street                   As of the date you file, the claim is: Check all that apply.
_____
                                     ☐ Contingent
_____  ☐ Unliquidated
City              State   ZIP Code   ☐ Disputed

**Who incurred the debt?** Check one.   **Type of PRIORITY unsecured claim:**

☒ Debtor 1 only                      ☐ Domestic support obligations
☐ Debtor 2 only                      ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only         ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another      intoxicated
                                     ☐ Other. Specify _____
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

☐
_____   Last 4 digits of account number __ __ __ __    $_____  $_____  $_____
Priority Creditor's Name
                                     When was the debt incurred?   _____
_____
Number      Street                   As of the date you file, the claim is: Check all that apply.
_____
                                     ☐ Contingent
_____  ☐ Unliquidated
City              State   ZIP Code   ☐ Disputed

**Who incurred the debt?** Check one.   **Type of PRIORITY unsecured claim:**

☒ Debtor 1 only                      ☐ Domestic support obligations
☐ Debtor 2 only                      ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only         ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another      intoxicated
                                     ☐ Other. Specify _____
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

☐
_____   Last 4 digits of account number __ __ __ __    $_____  $_____  $_____
Priority Creditor's Name
                                     When was the debt incurred?   _____
_____
Number      Street                   As of the date you file, the claim is: Check all that apply.
_____
                                     ☐ Contingent
_____  ☐ Unliquidated
City              State   ZIP Code   ☐ Disputed

**Who incurred the debt?** Check one.   **Type of PRIORITY unsecured claim:**

☒ Debtor 1 only                      ☐ Domestic support obligations
☐ Debtor 2 only                      ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only         ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another      intoxicated
                                     ☐ Other. Specify _____
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ of __

Debtor 1  **Alex** **Wolfram**
First Name    Middle Name    Last Name

Case number (if known) _____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Barclay Bank
Nonpriority Creditor's Name
1301 Mckinney St #400
Number    Street
Houston TX 77010
City            State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? 2015

$ 2500

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify Bank Loan

**4.2** Chase Bank
Nonpriority Creditor's Name
9900 Katy Fwy
Number    Street
Houston TX 77055
City            State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? 2014

$ 18000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify Credit Card

**4.3** Internal Revenue Service
Nonpriority Creditor's Name
Po Box 1214
Number    Street
Charlotte NC 28201
City            State    ZIP Code

Last 4 digits of account number 6261  6936
When was the debt incurred? 2015-2018

$ 7020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify Taxes Failure To File

Debtor 1 __Alex__ _____Wolfram_____  Case number (if known)_____
         First Name  Middle Name  Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.4

Jean Marley
Nonpriority Creditor's Name

218 Oak Rd
Number   Street

Kemah TX 77565
City       State    ZIP Code

Last 4 digits of account number __ __ __ __    $ 2200

When was the debt incurred?  July

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _Rent_

### 4.5

Sprint
Nonpriority Creditor's Name

6200 Sprint Pkwy
Number   Street

Overland Park KS 66251
City       State    ZIP Code

Last 4 digits of account number  4800 __ __ __    $ 900

When was the debt incurred?  2015

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _Utility_

### 4.6

Tmobile
Nonpriority Creditor's Name

Po Box 53410
Number   Street

Bellvue WA 98015
City       State    ZIP Code

Last 4 digits of account number  4800 __ __    $ 1100

When was the debt incurred?  2015

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _Utility_

Debtor 1 ___Alex_____Wolfram_____ Case number (if known)_____
First Name   Middle Name   Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

| | | | |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ 0 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ ~~6500~~ ~~7000~~ 61,000 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0 |
| 6e. | Total. Add lines 6a through 6d. | 6e. | $ ~~6500~~ 61,000 |

**Total claim**

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. | Student loans | 6f. | $ 0 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 52920 |
| 6j. | Total. Add lines 6f through 6i. | 6j. | $ ~~52920~~ 120,290 |

**Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.7

Walter Mathews Law Firm
Nonpriority Creditor's Name

200 S Andrews Avenue Suite 800
Number    Street

Fort Lauderdale FL 33301
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  2014

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  Legal Fees

$ 20000

### 4.8

Wells Fargo
Nonpriority Creditor's Name

420 Montgomery Street
Number    Street

San Francisco CA 94104
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  2014

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  Bank Loan

$ 1200

---

Nonpriority Creditor's Name

Number    Street

City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ _____